

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA15-275M |
| v. | |
| Elhuzayel, Nader | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _def_, IT IS ORDERED that a detention hearing is set for _Wednesday May 27_, _2015_, at _1:30_ ☐a.m. / ☒p.m. before the Honorable _Robert N Block_, in Courtroom _9 C_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _5/22/15_

_____
U.S. District Judge/Magistrate Judge
ROBERT N. BLOCK